**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>        Defendants. | Case No.: 1:21-cv-05739-PE<br><br>Hon. Paul Engelmayer |
| MICHIEL TEN HOORN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>        Defendants. | Case No.: 1:21-cv-06497-PE<br><br>Hon. Paul Engelmayer |

**NOTICE OF MOTION OF ROBERT MENDOZA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Robert Mendoza ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange

Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and

(3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of

his choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil

Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of

Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files

and records in this action, as well as such further argument as the Court may allow at a hearing on

this motion.

Dated: August 31, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Robert Mendoza and*
*[Proposed] Lead Counsel for the Class*

2