**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.: 1:21-cv-05739-PE<br><br>Hon. Paul Engelmayer |
| MICHIEL TEN HOORN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.: 1:21-cv-06497-PE<br><br>Hon. Paul Engelmayer |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF ROBERT MENDOZA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Robert Mendoza ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. ("DEAC", "DraftKings", or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in DraftKings securities;

**Exhibit C**:    Press Release published July 2, 2021, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Rodriguez v. DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp., et. al.,* Case No. 1:21-cv-05739-PE;

**Exhibit D:**    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 31, 2021                            Respectfully Submitted,

                                                  **LEVI & KORSINSKY, LLP**

                                                  By: */s/ Shannon L. Hopkins*
                                                  Shannon L. Hopkins (SH-1887)
                                                  55 Broadway, 10th Floor
                                                  New York, NY 10006
                                                  Tel: (212) 363-7500
                                                  Fax: (212) 363-7171
                                                  Email: shopkins@zlk.com

                                                  *Lead Counsel for Robert Mendoza and*
                                                  *[Proposed] Lead Counsel for the Class*