# EXHIBIT B

| Client Name | Robert Mendoza |
|---|---|
| Company Name | DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. |
| Ticker Symbol | DKNG |
| Security Type | |
| Class Period Start | 12-23-2019 |
| Class Period End | 06-15-2021 |
| 90-DAY Lookback Period Start | 06-16-2021 |
| 90-DAY Lookback Period End | 08-31-2021 |
| 90-DAY Lookback Average | $ 50.92 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $33,560.77 |
| *DURA LIFO* Total | $29,310.25 |
| Gross Shares Purchased | 5,559 |
| Net Shares Retained | 3,233 |
| Net Funds Expended | $198,174.95 |

### Robert Mendoza

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-05-2021 | 320 | 46.7735 | $ 14,967.52 | 02-03-2021 | 320 | | $ 60.42 | $ 19,332.80 | - | - | - | $ 50.92 | | -$ 4,365.28 | -$ 4,365.28 |
| 03-26-2021 | 820 | 60.97 | $ 49,995.40 | | | | | | - | 820 | 820 | $ 50.92 | $ 41,751.82 | $ 8,243.58 | $ 8,243.58 |
| 04-07-2021 | 1594 | 62.76 | $ 100,039.44 | | | | | | - | 1594 | 1594 | $ 50.92 | $ 81,161.46 | $ 18,877.98 | $ 18,877.98 |
| 04-12-2021 | 693 | 57.715 | $ 39,996.50 | 04-21-2021 | 693 | | $ 58.00 | $ 40,194.07 | - | - | - | $ 50.92 | | -$ 197.57 | -$ 197.57 |
| 04-12-2021 | 693 | 59.05 | $ 40,921.65 | 04-21-2021 | 693 | | $ 58.02 | $ 40,207.86 | - | - | - | $ 50.92 | | $ 713.79 | |
| 04-12-2021 | 153 | 59.05 | $ 9,034.65 | 04-21-2021 | 153 | | $ 58.00 | $ 8,874.02 | - | - | - | $ 50.92 | | $ 160.63 | |
| 04-28-2021 | 26 | 59.1605 | $ 1,538.17 | 05-07-2021 | 26 | | $ 49.45 | $ 1,285.72 | - | - | - | $ 50.92 | | $ 252.45 | |
| 04-28-2021 | 819 | 59.1605 | $ 48,452.45 | | | | | | - | 819 | 819 | $ 50.92 | $ 41,700.90 | $ 6,751.55 | $ 6,751.55 |
| 04-29-2021 | 26 | 56.5298 | $ 1,469.77 | 05-07-2021 | 26 | | $ 49.38 | $ 1,283.88 | - | - | - | $ 50.92 | | $ 185.89 | |
| 04-29-2021 | 415 | 56.5298 | $ 23,459.87 | 05-07-2021 | 415 | | $ 49.45 | $ 20,522.12 | - | - | - | $ 50.92 | | $ 2,937.74 | |
| Total: | 5,559 | | $329,875.42 | | 2,326 | | | $131,700.47 | | 3,233 | 3,233 | | $164,614.18 | $33,560.77 | $29,310.25 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.