# EXHIBIT C

Case 1:21-cv-05739-PAE   Document 11-3   Filed 08/31/21   Page 2 of 5



SERVICES ⌄          CONTACT US          FRANÇAIS          SIGN IN          REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action against DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp., and Certain Officers – DKNG

July 02, 2021 20:11 ET | Source: Pomerantz LLP








NEW YORK, July 02, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. ("DEAC", "DraftKings", or the "Company") (NASDAQ: DKNG) and certain of its officers. The class action, filed in the United States District Court for the Southern District of New York, and docketed under 21-cv-05739, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired DraftKings securities between December 23, 2019 and June 15, 2021, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased DraftKings securities during the Class Period, you have until August 31, 2021 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

DraftKings operates as a digital sports entertainment and gaming company in the U.S. It operates through two segments, Business-to-Consumer and Business-to-Business. The Company provides users with daily sports, sports betting, and iGaming opportunities. It is also involved in the design,



Company distributes its product offerings through various channels, including traditional websites, direct app downloads, and direct-to-consumer digital platforms.

DraftKings was incorporated in Nevada as DEAC NV Merger Corp., a wholly owned subsidiary of its legal predecessor, DEAC, a special purpose acquisition company, or SPAC. On April 23, 2020, DEAC consummated transactions contemplated by a Business Combination Agreement (the "Business Combination") dated December 22, 2019, as amended on April 7, 2020, and, in connection therewith, (i) DEAC merged with and into the Company, whereby the Company survived the merger and became the successor issuer to DEAC, (ii) the Company changed its name to "DraftKings Inc.," (iii) the Company acquired DraftKings Inc., a Delaware corporation ("Old DK"), by way of a merger, and (iv) the Company acquired all of the issued and outstanding share capital of SBTech (Global) Limited ("SBTech"). Upon consummation of the preceding transactions, Old DK and SBTech became wholly owned subsidiaries of the Company.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) SBTech had a history of unlawful operations; (ii) accordingly, DraftKings' merger with SBTech exposed the Company to dealings in black-market gaming; (iii) the foregoing increased the Company's regulatory and criminal risks with respect to these transactions; (iv) as a result of all the foregoing, the Company's revenues were, in part, derived from unlawful conduct and thus unsustainable; (v) accordingly, the benefits of the Business Combination were overstated; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

On June 15, 2021, Hindenburg Research ("Hindenburg") published a report addressing DraftKings, alleging that the Company's merger with SBTech exposed DraftKings to dealings in black-market gaming. Citing "conversations with multiple former employees, a review of Securities and Exchange Commission and international filings, and inspection of back-end infrastructure at illicit international gaming websites," Hindenburg alleged that "SBTech has a long and ongoing record of operating in black markets," estimating that 50% of SBTech's revenue is from markets where gambling is banned."



SERVICES ⌄     CONTACT US     FRANÇAIS     SIGN IN     REGISTER

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

**Tags**

Class Action

# Recommended Reading

June 29, 2021 23:51 ET

Source: Pomerantz LLP

**Pomerantz Law Firm Announces the Filing of a Class Action Against Rekor Systems, Inc. f/k/a Novume Solutions, Inc., and Certain Officers...**

NEW YORK, June 29, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Rekor Systems, Inc. f/k/a Novume Solutions, Inc. ("Rekor" or the "Company")...

June 28, 2021 17:23 ET

Source: Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Volkswagen Aktiengesellschaft – VLKAY; VLKPY**

NEW YORK, June 28, 2021 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Volkswagen Aktiengesellschaft ("Volkswagen" or the "Company") (OTCMKTS: VLKAY; VLKPY)....

# Explore



SERVICES ⌄     CONTACT US     FRANÇAIS     SIGN IN     REGISTER

## Walden Security Announces 8th Circuit Court Securi...

July 06, 2021 16:56 ET

## Nouveaux records de prix et baisse marquée des ven...

July 06, 2021 16:53 ET

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· Home

· RSS Feeds

· Newsroom

· Legal

© 2021 GlobeNewswire, Inc. All Rights Reserved.