# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHISN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.: 1:21-cv-05739-PE<br><br>Hon. Paul Engelmayer |
| MICHIEL TEN HOORN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.: 1:21-cv-06497-PE<br><br>Hon. Paul Engelmayer |

**DECLARATION OF ROBERT MENDOZA IN SUPPORT OF HIS MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF**

I, Robert Mendoza, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. ("DEAC", "DraftKings", or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

DocuSign Envelope ID: 15B91E96-76B3-4701-949B-8E3A33ED349D

2.      I currently reside in Los Angeles, California. I possess a master's degree. I am currently employed as a project manager with New Mark Merrill Companies. I have been investing in securities for ten years. Further, I have experience hiring and overseeing attorneys for real estate, business, and estate planning matters.

3.      I am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of my significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Actions, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP on August 26, 2021, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on August 31, 2021 on my behalf.

2

DocuSign Envelope ID: 15B91E96-76B3-4701-949B-8E3A33FD3490

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed:

Name: Robert Mendoza

Date: 8/31/2021

3