# EXHIBIT C

## Loss Chart

**Company Name:**    DraftKings Inc.
**Ticker:**    DKNG
**Class Period:**    Dec. 23, 2019 to Jun. 15, 2021
**Name:**    Mario E. Ernst

**Common Stock**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/28/2020 | 99 | $34.8800 | -$3,453.1200 | | $0.0000 | -$3,453.12 |
| 7/28/2020 | 201 | $34.8900 | -$7,012.8900 | | $0.0000 | -$7,012.89 |
| 7/29/2020 | -200 | | $0.0000 | $35.5500 | $7,110.0000 | $7,110.00 |
| 7/29/2020 | 500 | $35.5300 | -$17,765.0000 | | $0.0000 | -$17,765.00 |
| 7/29/2020 | -300 | | $0.0000 | $35.8000 | $10,740.0000 | $10,740.00 |
| 8/13/2020 | 400 | $34.9600 | -$13,984.0000 | | $0.0000 | -$13,984.00 |
| 8/13/2020 | 300 | $35.3100 | -$10,593.0000 | | $0.0000 | -$10,593.00 |
| 8/17/2020 | -200 | | $0.0000 | $34.7000 | $6,940.0000 | $6,940.00 |
| 8/17/2020 | -200 | | $0.0000 | $35.1426 | $7,028.5200 | $7,028.52 |
| 8/17/2020 | -200 | | $0.0000 | $34.9900 | $6,998.0000 | $6,998.00 |
| 8/17/2020 | -200 | | $0.0000 | $34.9900 | $6,998.0000 | $6,998.00 |
| 8/17/2020 | -200 | | $0.0000 | $34.7300 | $6,946.0000 | $6,946.00 |
| 3/12/2021 | 500 | $70.5000 | -$35,250.0000 | | $0.0000 | -$35,250.00 |
| 3/16/2021 | -500 | | $0.0000 | $66.5000 | $33,250.0000 | $33,250.00 |
| 3/16/2021 | 400 | $67.4850 | -$26,994.0000 | | $0.0000 | -$26,994.00 |
| 3/24/2021 | 200 | $68.2100 | -$13,642.0000 | | $0.0000 | -$13,642.00 |
| 3/26/2021 | 200 | $61.9650 | -$12,393.0000 | | $0.0000 | -$12,393.00 |
| 3/31/2021 | 200 | $61.2500 | -$12,250.0000 | | $0.0000 | -$12,250.00 |
| 4/16/2021 | 100 | $58.0600 | -$5,806.0000 | | $0.0000 | -$5,806.00 |
| 4/19/2021 | -400 | | $0.0000 | $56.3100 | $22,524.0000 | $22,524.00 |
| 4/26/2021 | 100 | $59.4300 | -$5,943.0000 | | $0.0000 | -$5,943.00 |
| 4/26/2021 | -100 | | $0.0000 | $59.3200 | $5,932.0000 | $5,932.00 |
| 4/27/2021 | 100 | $59.4700 | -$5,947.0000 | | $0.0000 | -$5,947.00 |
| 4/29/2021 | -400 | | $0.0000 | $57.1500 | $22,860.0000 | $22,860.00 |
| 4/29/2021 | 200 | $56.6500 | -$11,330.0000 | | $0.0000 | -$11,330.00 |
| 4/29/2021 | 200 | $56.8208 | -$11,364.1600 | | $0.0000 | -$11,364.16 |
| 6/8/2021 | 200 | $55.4300 | -$11,086.0000 | | $0.0000 | -$11,086.00 |
| 6/15/2021 | -500 | | $0.0000 | $46.9500 | $23,475.0000 | $23,475.00 |
| 6/15/2021 | -500 | | $0.0000 | $47.0000 | $23,500.0000 | $23,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$20,511.65** |
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $0.00 |
| | | $50.7185 | 0 | | **Common Stock Total:** | **-$20,511.65** |

## Loss Chart

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 7/29/2020 | Sold To Open | Call | Jul 31, 2020 / $35 | -3 | $0.81 | $243.00 |
| 7/30/2020 | Bought To Close | Call | Jul 31, 2020 / $35 | 3 | $0.93 | -$279.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$36.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/4/2020 | Sold To Open | Call | Aug 14, 2020 / $36 | -3 | $1.40 | $420.00 |
| 8/10/2020 | Bought To Close | Call | Aug 14, 2020 / $36 | 3 | $0.59 | -$177.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$243.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 8/13/2020 | Sold To Open | Call | Aug 14, 2020 / $37 | -10 | $1.00 | $1,000.00 |
| 8/17/2020 | Option Expiration | Call | Aug 14, 2020 / $37 | 10 | $0.00 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$1,000.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/15/2021 | Bought To Open | Put | Mar 19, 2021 / $66 | 4 | $1.45 | -$580.00 |
| 3/16/2021 | Sold To Close | Put | Mar 19, 2021 / $66 | -4 | $1.10 | $440.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$140.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/15/2021 | Bought To Open | Call | Mar 19, 2021 / $71 | 4 | $0.95 | -$380.00 |
| 3/16/2021 | Sold To Close | Call | Mar 19, 2021 / $71 | -4 | $1.05 | $420.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **$40.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 3/16/2021 | Bought To Open | Put | Mar 19, 2021 / $65.5 | 3 | $0.95 | -$285.00 |
| 3/17/2021 | Sold To Close | Put | Mar 19, 2021 / $65.5 | -1 | $0.80 | $80.00 |
| 3/17/2021 | Sold To Close | Put | Mar 19, 2021 / $65.5 | -2 | $0.80 | $160.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$45.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/8/2021 | Bought To Open | Call | Apr 9, 2021 / $62 | 5 | $0.43 | -$215.00 |
| 4/9/2021 | Bought To Open | Call | Apr 9, 2021 / $62 | 10 | $0.46 | -$460.00 |
| 4/9/2021 | Sold To Close | Call | Apr 9, 2021 / $62 | -6 | $0.40 | $240.00 |
| 4/9/2021 | Sold To Close | Call | Apr 9, 2021 / $62 | -3 | $0.40 | $120.00 |
| 4/9/2021 | Sold To Close | Call | Apr 9, 2021 / $62 | -1 | $0.43 | $43.00 |
| 4/9/2021 | Sold To Close | Call | Apr 9, 2021 / $62 | -5 | $0.42 | $210.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$62.00** |

## Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/9/2021 | Bought To Open | Call | Apr 9, 2021 / $62.5 | 10 | $0.28 | -$280.00 |
| 4/9/2021 | Sold To Close | Call | Apr 9, 2021 / $62.5 | -10 | $0.07 | $70.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$210.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/14/2021 | Bought To Open | Call | Apr 16, 2021 / $60 | 5 | $0.58 | -$290.00 |
| 4/14/2021 | Bought To Open | Call | Apr 16, 2021 / $60 | 5 | $0.76 | -$380.00 |
| 4/14/2021 | Bought To Open | Call | Apr 16, 2021 / $60 | 10 | $0.95 | -$950.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $60 | -10 | $0.45 | $450.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $60 | -10 | $0.35 | $350.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$820.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $58 | 5 | $0.07 | -$35.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $58 | -5 | $0.10 | $50.00 |
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $58 | 11 | $0.14 | -$154.00 |
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $58 | 1 | $0.26 | -$26.00 |
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $58 | 3 | $0.25 | -$75.00 |
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $58 | 10 | $0.26 | -$260.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $58 | -15 | $0.15 | $225.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $58 | -10 | $0.25 | $250.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$25.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/16/2021 | Bought To Open | Call | Apr 16, 2021 / $59.5 | 5 | $0.75 | -$375.00 |
| 4/16/2021 | Sold To Close | Call | Apr 16, 2021 / $59.5 | -5 | $0.48 | $240.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$135.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/28/2021 | Bought To Open | Call | Apr 30, 2021 / $58.5 | 5 | $1.52 | -$760.00 |
| 4/29/2021 | Bought To Open | Call | Apr 30, 2021 / $58.5 | 5 | $0.26 | -$130.00 |
| 4/28/2021 | Sold To Close | Call | Apr 30, 2021 / $58.5 | -5 | $1.74 | $870.00 |
| 5/3/2021 | Option Expiration | Call | Apr 30, 2021 / $58.5 | -5 | $0.00 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$20.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/28/2021 | Bought To Open | Put | Apr 30, 2021 / $59 | 5 | $0.84 | -$420.00 |
| 4/28/2021 | Sold To Close | Put | Apr 30, 2021 / $59 | -2 | $0.75 | $150.00 |
| 4/28/2021 | Sold To Close | Put | Apr 30, 2021 / $59 | -3 | $0.75 | $225.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$45.00** |

## Loss Chart

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/29/2021 | Bought To Open | Put | Apr 30, 2021 / $56 | 5 | $0.28 | -$140.00 |
| 5/3/2021 | Option Expiration | Put | Apr 30, 2021 / $56 | -5 | $0.00 | $0.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$140.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 4/29/2021 | Sold To Open | Call | May 7, 2021 / $60 | -4 | $1.28 | $512.00 |
| 4/29/2021 | Bought To Close | Call | May 7, 2021 / $60 | 4 | $1.33 | -$532.00 |
| | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$20.00** |

**Options Total:** **-$415.00**

**Mario E. Ernst's Loss Summary**

| | |
|---|---|
| Common Stock Total: | -$20,511.65 |
| Options Total: | -$415.00 |
| **Combined Total:** | **-$20,926.65** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between Jun. 15, 2021 and Aug. 30, 2021.