**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | CASE No.: 1:21-cv-05739-PAE<br><br>**NOTICE OF MOTION OF STEPHEN GOERING TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |
| MICHIEL TEN HOORN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | CASE No.: 1:21-cv-06497-PAE<br><br><u>**CLASS ACTION**</u> |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Stephen Goering ("Movant") hereby moves this Court, the Honorable Paul A. Engelmayer, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

> (a)    consolidating the related actions;

> (b)    appointing Movant to serve as Lead Plaintiff in this action; and

> (c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated August 31, 2021 (and exhibits); and (ii) a [Proposed] Order: (1) Consolidating Related Actions; (2) Appointing Lead Plaintiff; and (3) Approving Lead Plaintiff's Selection of Counsel.

Dated: August 31, 2021                                  Respectfully submitted,

                                                         **THE ROSEN LAW FIRM, P.A.**

                                                         /s/ Phillip Kim
                                                         Phillip Kim, Esq. (PK 9384)
                                                         Laurence M. Rosen, Esq. (LR 5733)
                                                         275 Madison Avenue, 40th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 686-1060
                                                         Fax: (212) 202-3827
                                                         Email: pkim@rosenlegal.com
                                                         Email: lrosen@rosenlegal.com

                                                         *[Proposed] Lead Counsel for Lead Plaintiff
                                                         and Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim