# Exhibit 3

**DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. Loss Chart**
**between December 23, 2019 and June 15, 2021**

**Lookback Price**
50.76018872

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|------|---------------|--------|----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|
| Goering, Stephen | 3/24/2021 | 8,000 | ($67.00) | ($536,000.00) | | | | | | | |
| | 4/29/2021 | 4,000 | ($57.00) | ($228,000.00) | | | | | | | |
| | | 12,000 | | ($764,000.00) | | | | | 12,000 | $609,122.26 | ($154,877.74) |