UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>     v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGASKY, and ELI BAKER,<br><br>               Defendants. | Case No. 1:21-cv-005739-PAE<br><br>CLASS ACTION |
| MICHAEL TEN HOORN, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>     v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGASKY, and ELI BAKER,<br><br>               Defendants. | Case No. 1:21-cv-06497 |

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF TIM KAINTZ AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 1305 of the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007 before the Honorable Paul A. Engelmayer, or any Judge sitting in his stead, movant Tim Kaintz ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and Federal Rule Civil Procedure ("Rule") 42(a) for an Order: (1) consolidating the above-captioned related securities class actions; (2) appointing Movant as Lead Plaintiff on behalf of a Class consisting of all persons and entities who purchased or otherwise acquired DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. ("DraftKings") securities between December 23, 2019 and June 15, 2021, inclusive; and (3) approving Movant's selection of Roche Freedman LLP ("Roche Freedman") as Lead Counsel for the Class.

This Motion is based on this Notice of Motion, the Memorandum of Law in Support Thereof, the Declaration of Velvel (Devin) Freedman filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that consolidation is appropriate under Rule 42 because the above-captioned actions involve common legal and factual questions. In addition, Movant has timely filed his motion pursuant to the PSLRA, is believed to be the investor with the largest financial interest in the outcome of the litigation, and meets the requirements of Rule 23 in that his claims are typical of the claims of the class and he will fairly and adequately represent the interests of the Class. Further, Movant's choice of counsel should be accepted by this Court

because Roche Freedman is a firm with extensive experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) consolidate the above-captioned related securities class actions; (2) appoint Movant to serve as Lead Plaintiff; (3) approve Movant's selection of Roche Freedman as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: August 31, 2021                    Respectfully Submitted,

**ROCHE FREEDMAN LLP**

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman
Constantine P. Economides
Ivy T. Ngo (*pro hac vice* forthcoming)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Emails:  vel@rcfllp.com
            ceconomides@rcfllp.com
            ingo@rcfllp.com

*Counsel for Lead Plaintiff Movant Tim Kaintz and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac vice* forthcoming)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Tim Kaintz*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 31, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman