UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.  1:21-cv-05739-PAE<br><br>NOTICE OF MOTION OF ROBERT DOWNS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| MICHIEL TEN HOORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.  1:21-cv-06497-PAE |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Robert Downs ("Downs"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Federal Rule of Civil Procedure 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Downs as Lead Plaintiff on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired DraftKings Inc. securities between December 23, 2019 and June 15, 2021, both dates inclusive (the "Class"); and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  August 31, 2021                Respectfully submitted,

                                       POMERANTZ LLP

                                       */s/ Jeremy A. Lieberman*
                                       Jeremy A. Lieberman
                                       J. Alexander Hood II
                                       Thomas H. Przybylowski
                                       600 Third Avenue
                                       New York, New York 10016
                                       Telephone: (212) 661-1100
                                       Facsimile: (212) 661-8665
                                       jalieberman@pomlaw.com
                                       ahood@pomlaw.com
                                       tprzybylowski@pomlaw.com

                                       *Counsel for Robert Downs and Proposed Lead*
                                       *Counsel for the Class*

1