# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Tim Kaintz, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against DraftKings Inc. ("DraftKings" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf.

3.      I did not purchase or acquire DraftKings securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired DraftKings securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in DraftKings securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of _____8/11/2021_____.

DocuSigned by:

Tim Kaintz

41DCC7308AE9469...

Tim Kaintz

# SCHEDULE A

Tim Kaintz Transactions in
DraftKings, Inc. ("DKNG")

| Date | Transaction | Quantity | Price per Share |
|---|---|---|---|
| 11/13/2020 | Bought | 10,000 | $44.00 |
| 11/13/2020 | Sold | 10,000 | $44.15 |
| 11/13/2020 | Bought | 20,000 | $44.07 |
| 11/13/2020 | Sold | 20,000 | $44.17 |
| 11/13/2020 | Bought | 20,000 | $44.10 |
| 11/13/2020 | Sold | 20,000 | $44.45 |
| 11/13/2020 | Sold | 10,000 | $44.76 |
| 11/13/2020 | Bought | 9,900 | $44.10 |
| 11/13/2020 | Bought | 100 | $44.09 |
| 11/13/2020 | Bought | 10,000 | $44.10 |
| 11/13/2020 | Bought | 10,000 | $44.06 |
| 11/13/2020 | Sold | 20,000 | $44.15 |
| 11/13/2020 | Bought | 15,014 | $44.00 |
| 11/13/2020 | Bought | 200 | $43.98 |
| 11/13/2020 | Bought | 900 | $43.97 |
| 11/13/2020 | Bought | 3,886 | $43.965 |
| 11/13/2020 | Sold | 7,214 | $44.15 |
| 11/13/2020 | Bought | 7,000 | $43.72 |
| 11/13/2020 | Sold | 10,000 | $43.32 |
| 11/13/2020 | Bought | 10,000 | $43.30 |
| 11/13/2020 | Sold | 10,000 | $43.36 |
| 11/13/2020 | Sold | 9,000 | $43.44 |
| 11/13/2020 | Bought | 9,000 | $43.35 |
| 11/13/2020 | Bought | 10,000 | $43.30 |
| 11/17/2020 | Sold | 19,000 | $43.90 |
| 11/17/2020 | Bought | 9,880 | $43.80 |
| 11/17/2020 | Bought | 9,120 | $43.79 |
| 11/17/2020 | Sold | 50 | $43.90 |
| 11/17/2020 | Sold | 19,000 | $44.08 |
| 11/17/2020 | Bought | 19,000 | $43.82 |
| 11/17/2020 | Sold | 19,000 | $43.97 |
| 11/17/2020 | Bought | 20,000 | $44.62 |
| 11/17/2020 | Sold | 20,000 | $44.69 |

| | | | |
|---|---|---|---|
| 11/17/2020 | Bought | 20,000 | $44.6 |
| 11/17/2020 | Sold | 100 | $44.685 |
| 11/17/2020 | Sold | 19,900 | $44.68 |
| 11/17/2020 | Sold | 736 | $44.87 |
| 11/17/2020 | Sold | 19,264 | $44.87 |
| 11/17/2020 | Bought | 736 | $44.80 |
| 11/17/2020 | Bought | 19,264 | $44.80 |
| 11/17/2020 | Sold | 736 | $44.85 |
| 11/17/2020 | Sold | 49,264 | $44.85 |
| 11/18/2020 | Bought | 20,000 | $48.61 |
| 11/18/2020 | Bought | 20,000 | $48.31 |
| 11/18/2020 | Sold | 20,000 | $48.44 |
| 11/18/2020 | Bought | 10,000 | $48.4 |
| 11/18/2020 | Sold | 850 | $48.47 |
| 11/18/2020 | Sold | 650 | $48.465 |
| 11/18/2020 | Sold | 8,500 | $48.46 |
| 11/18/2020 | Sold | 200 | $48.725 |
| 11/18/2020 | Sold | 19,800 | $48.72 |
| 11/18/2020 | Bought | 8,500 | $48.22 |
| 11/18/2020 | Bought | 900 | $48.21 |
| 11/18/2020 | Bought | 100 | $48.205 |
| 11/18/2020 | Bought | 500 | $48.20 |
| 11/18/2020 | Sold | 30 | $48.245 |
| 11/18/2020 | Sold | 9,970 | $48.24 |
| 11/18/2020 | Bought | 10,000 | $48.01 |
| 11/18/2020 | Sold | 10,000 | $48.11 |
| 11/18/2020 | Bought | 1,800 | $47.88 |
| 11/18/2020 | Bought | 1,200 | $47.8798 |
| 11/18/2020 | Sold | 3,000 | $48.1001 |
| 11/18/2020 | Bought | 10,000 | $48.08 |
| 11/18/2020 | Sold | 900 | $48.26 |
| 11/18/2020 | Sold | 101 | $48.255 |
| 11/18/2020 | Sold | 3,299 | $48.2505 |
| 11/18/2020 | Sold | 5,700 | $48.25 |
| 11/18/2020 | Bought | 9,969 | $48.06 |
| 11/18/2020 | Bought | 31 | $48.055 |
| 11/18/2020 | Sold | 10,000 | $48.00 |
| 11/19/2020 | Bought | 10,000 | $49.21 |
| 11/19/2020 | Sold | 10,000 | $49.26 |

| | | | |
|---|---|---|---|
| 11/20/2020 | Bought | 20,000 | $48.55 |
| 11/20/2020 | Sold | 20,000 | $48.65 |
| 11/20/2020 | Bought | 20,000 | $48.54 |
| 11/20/2020 | Sold | 20,000 | $48.60 |
| 11/20/2020 | Bought | 20,000 | $48.12 |
| 11/20/2020 | Sold | 20,000 | $48.50 |
| 11/23/2020 | Sold | 19,700 | $44.00 |
| 11/23/2020 | Sold | 19,700 | $44.00 |
| 11/23/2020 | Sold | 19,700 | $44.00 |
| 11/23/2020 | Bought | 300 | $47.9836 |
| 11/23/2020 | Bought | 8,101 | $47.99 |
| 11/23/2020 | Bought | 1,300 | $47.9898 |
| 11/23/2020 | Bought | 499 | $47.989 |
| 11/23/2020 | Bought | 5,200 | $47.98 |
| 11/23/2020 | Bought | 2,000 | $47.9798 |
| 11/23/2020 | Bought | 200 | $47.975 |
| 11/23/2020 | Bought | 2,300 | $47.965 |
| 11/23/2020 | Bought | 100 | $47.96 |
| 11/23/2020 | Bought | 20,000 | $47.88 |
| 11/23/2020 | Bought | 10,000 | $47.74 |
| 11/23/2020 | Sold | 300 | $47.985 |
| 11/23/2020 | Sold | 300 | $47.98 |
| 11/23/2020 | Sold | 2,205 | $47.96 |
| 11/23/2020 | Bought | 3,000 | $47.70 |
| 11/23/2020 | Sold | 495 | $48.3201 |
| 11/23/2020 | Bought | 20,000 | $47.98 |
| 11/23/2020 | Bought | 10,000 | $48.27 |
| 11/23/2020 | Sold | 10,000 | $48.32 |
| 11/23/2020 | Bought | 10,000 | $48.28 |
| 11/23/2020 | Sold | 3 | $48.32 |
| 11/23/2020 | Sold | 9,997 | $48.31 |
| 11/23/2020 | Bought | 10,000 | $48.21 |
| 11/23/2020 | Sold | 380 | $48.23 |
| 11/24/2020 | Sold | 9,620 | $48.44 |
| 11/24/2020 | Bought | 10,000 | $48.62 |
| 11/24/2020 | Sold | 10,000 | $48.64 |
| 11/24/2020 | Sold | 10,000 | $48.80 |
| 11/24/2020 | Bought | 10,000 | $48.71 |
| 11/24/2020 | Sold | 10,000 | $48.90 |

| | | | |
|---|---|---|---|
| 11/24/2020 | Bought | 10,000 | $48.76 |
| 11/24/2020 | Bought | 10,000 | $48.55 |
| 11/24/2020 | Bought | 10,000 | $47.79 |
| 11/24/2020 | Sold | 10,000 | $47.88 |
| 11/24/2020 | Sold | 10,000 | $48.42 |
| 11/24/2020 | Bought | 10,000 | $48.35 |
| 11/24/2020 | Sold | 10,000 | $48.51 |
| 11/24/2020 | Bought | 10,000 | $48.44 |
| 11/24/2020 | Sold | 10,000 | $48.52 |
| 11/24/2020 | Bought | 10,000 | $48.35 |
| 11/24/2020 | Bought | 10,000 | $48.25 |
| 11/24/2020 | Sold | 10,000 | $48.29 |
| 11/24/2020 | Sold | 10,000 | $48.27 |
| 11/24/2020 | Bought | 3,008 | $48.22 |
| 11/24/2020 | Bought | 6,992 | $48.23 |
| 11/24/2020 | Bought | 200 | $48.04 |
| 11/24/2020 | Bought | 3,501 | $48.02 |
| 11/24/2020 | Bought | 199 | $48.0199 |
| 11/24/2020 | Bought | 3,722 | $48.0197 |
| 11/24/2020 | Bought | 2,378 | $48.01 |
| 11/24/2020 | Sold | 600 | $48.05 |
| 11/25/2020 | Sold | 9,400 | $48.8301 |
| 11/25/2020 | Sold | 300 | $48.95 |
| 11/25/2020 | Sold | 2,100 | $48.9002 |
| 11/25/2020 | Sold | 5,200 | $48.90 |
| 11/25/2020 | Sold | 3,000 | $48.95 |
| 11/25/2020 | Sold | 482 | $49.01 |
| 11/25/2020 | Sold | 19,518 | $49.00 |
| 11/25/2020 | Sold | 10,000 | $49.70 |
| 11/25/2020 | Sold | 400 | $49.8601 |
| 11/25/2020 | Sold | 19,000 | $49.88 |
| 11/25/2020 | Bought | 1,900 | $49.62 |
| 11/25/2020 | Bought | 17,100 | $49.61 |
| 11/25/2020 | Sold | 19,000 | $49.90 |
| 11/25/2020 | Bought | 727 | $49.76 |
| 11/25/2020 | Bought | 17,943 | $49.77 |
| 11/25/2020 | Bought | 330 | $49.75 |
| 11/25/2020 | Bought | 85 | $49.74 |
| 11/25/2020 | Sold | 19,000 | $49.99 |

| | | | |
|---|---|---|---|
| 11/25/2020 | Sold | 85 | $49.99 |
| 11/25/2020 | Bought | 5,400 | $50.22 |
| 11/25/2020 | Bought | 4,600 | $50.21 |
| 11/25/2020 | Bought | 10,000 | $50.10 |
| 11/27/2020 | Bought | 20,000 | $52.12 |
| 11/27/2020 | Sold | 40,000 | $52.35 |
| 11/27/2020 | Bought | 40,000 | $52.12 |
| 11/27/2020 | Bought | 20,000 | $51.98 |
| 11/27/2020 | Sold | 14,124 | $52.42 |
| 11/27/2020 | Sold | 45,876 | $52.4 |
| 11/27/2020 | Bought | 60,000 | $52.21 |
| 11/27/2020 | Bought | 10,000 | $52.04 |
| 11/27/2020 | Sold | 300 | $52.315 |
| 11/27/2020 | Sold | 293 | $52.311 |
| 11/27/2020 | Sold | 9,407 | $52.31 |
| 11/27/2020 | Sold | 10,000 | $52.66 |
| 11/30/2020 | Sold | 49,700 | $48.00 |
| 11/30/2020 | Sold | 10,000 | $48.50 |
| 11/30/2020 | Sold | 10,000 | $48.50 |
| 11/30/2020 | Sold | 300 | $48.50 |
| 11/30/2020 | Sold | 9,700 | $48.50 |
| 11/30/2020 | Bought | 10,300 | $52.05 |
| 11/30/2020 | Bought | 338 | $52.05 |
| 11/30/2020 | Bought | 19,062 | $52.10 |
| 11/30/2020 | Sold | 300 | $52.70 |
| 11/30/2020 | Sold | 300 | $52.691 |
| 11/30/2020 | Sold | 500 | $52.69 |
| 11/30/2020 | Sold | 1,950 | $52.67 |
| 11/30/2020 | Sold | 12,450 | $52.66 |
| 11/30/2020 | Sold | 2,000 | $52.6502 |
| 11/30/2020 | Sold | 2,500 | $52.65 |
| 11/30/2020 | Bought | 623 | $51.87 |
| 11/30/2020 | Bought | 9,377 | $51.9099 |
| 11/30/2020 | Bought | 10,000 | $49.99 |
| 11/30/2020 | Sold | 10,000 | $50.30 |
| 12/1/2020 | Bought | 10,000 | $51.28 |
| 12/1/2020 | Bought | 10,000 | $50.86 |
| 12/3/2020 | Bought | 8,361 | $49.89 |
| 12/3/2020 | Bought | 200 | $49.88 |

| | | | |
|---|---|---|---|
| 12/3/2020 | Bought | 100 | $49.87 |
| 12/3/2020 | Bought | 300 | $49.86 |
| 12/3/2020 | Bought | 839 | $49.85 |
| 12/3/2020 | Bought | 200 | $49.835 |
| 12/3/2020 | Sold | 23 | $50.81 |
| 12/3/2020 | Sold | 300 | $50.80 |
| 12/21/2020 | Sold | 39,600 | $52.00 |
| 12/21/2020 | Bought | 10,000 | $53.00 |
| 12/21/2020 | Sold | 77 | $52.7479 |
| 12/22/2020 | Bought | 10,000 | $51.97 |
| 12/23/2020 | Bought | 10,000 | $51.97 |
| 12/23/2020 | Sold | 10,000 | $52.70 |
| 12/24/2020 | Bought | 10,000 | $52.71 |
| 12/24/2020 | Sold | 10,000 | $52.81 |
| 12/24/2020 | Bought | 20,000 | $52.67 |
| 12/24/2020 | Bought | 10,000 | $52.34 |
| 1/11/2021 | Sold | 50,000 | $50.00 |
| 1/13/2021 | Bought | 18,839 | $52.98 |
| 1/13/2021 | Bought | 350 | $52.96 |
| 1/13/2021 | Bought | 700 | $52.93 |
| 1/13/2021 | Bought | 100 | $52.92 |
| 1/13/2021 | Bought | 11 | $52.90 |
| 1/13/2021 | Sold | 20,000 | $53.30 |
| 1/14/2021 | Bought | 10,000 | $55.45 |
| 1/14/2021 | Sold | 10,000 | $55.65 |
| 1/14/2021 | Bought | 503 | $55.43 |
| 1/14/2021 | Bought | 9,497 | $55.45 |
| 1/14/2021 | Bought | 10,000 | $55.30 |
| 1/14/2021 | Sold | 10,000 | $55.50 |
| 1/14/2021 | Sold | 10,000 | $55.65 |
| 1/14/2021 | Bought | 10,000 | $55.42 |
| 1/14/2021 | Bought | 10,000 | $55.25 |
| 1/15/2021 | Bought | 10,000 | $52.58 |
| 1/15/2021 | Sold | 10,000 | $52.88 |
| 1/15/2021 | Bought | 10,000 | $52.53 |
| 1/15/2021 | Bought | 6,280 | $52.12 |
| 1/15/2021 | Bought | 1,870 | $52.11 |
| 1/15/2021 | Bought | 1,600 | $52.1098 |
| 1/15/2021 | Bought | 150 | $52.10 |

| | | | |
|---|---|---|---|
| 1/15/2021 | Bought | 100 | $52.095 |
| 1/15/2021 | Sold | 10,000 | $52.50 |
| 1/15/2021 | Sold | 10,000 | $52.73 |
| 1/19/2021 | Bought | 10,000 | $51.69 |
| 1/19/2021 | Bought | 10,000 | $51.58 |
| 1/21/2021 | Sold | 10,000 | $54.00 |
| 1/21/2021 | Bought | 10,000 | $53.75 |
| 1/25/2021 | Sold | 20,000 | $52.00 |
| 1/25/2021 | Sold | 9,800 | $52.50 |
| 1/25/2021 | Bought | 10,000 | $50.85 |
| 1/27/2021 | Sold | 20,200 | $55.91 |
| 1/27/2021 | Bought | 20,000 | $54.80 |
| 1/28/2021 | Sold | 20,000 | $57.10 |
| 1/28/2021 | Bought | 20,000 | $57.31 |
| 2/1/2021 | Sold | 4,000 | $53.50 |
| 2/2/2021 | Bought | 10,000 | $59.60 |
| 2/2/2021 | Sold | 200 | $60.17 |
| 2/2/2021 | Sold | 9,800 | $60.16 |
| 2/2/2021 | Bought | 10,000 | $59.90 |
| 2/2/2021 | Sold | 100 | $60.01 |
| 2/2/2021 | Sold | 9,900 | $60.00 |
| 2/2/2021 | Bought | 10,000 | $59.51 |
| 2/3/2021 | Bought | 20,000 | $59.75 |
| 2/3/2021 | Sold | 40 | $60.065 |
| 2/3/2021 | Sold | 19,960 | $60.05 |
| 2/3/2021 | Bought | 20,000 | $59.42 |
| 2/3/2021 | Sold | 20,000 | $59.65 |
| 2/3/2021 | Bought | 30 | $59.34 |
| 2/3/2021 | Sold | 30 | $59.47 |
| 2/8/2021 | Sold | 16,000 | $54.00 |
| 2/8/2021 | Sold | 10,000 | $59.50 |
| 2/8/2021 | Bought | 2,000 | $62.00 |
| 2/8/2021 | Sold | 2,000 | $62.22 |
| 2/8/2021 | Sold | 8,000 | $62.22 |
| 2/8/2021 | Bought | 8,000 | $62.14 |
| 2/8/2021 | Bought | 6,501 | $62.05 |
| 2/8/2021 | Bought | 3,499 | $62.04 |
| 2/8/2021 | Bought | 10,000 | $61.45 |
| 2/8/2021 | Bought | 10,000 | $61.51 |

| | | | |
|---|---|---|---|
| 2/8/2021 | Sold | 10,000 | $61.60 |
| 2/10/2021 | Bought | 10,000 | $61.75 |
| 2/10/2021 | Sold | 10,000 | $62.00 |
| 2/11/2021 | Bought | 10,000 | $59.30 |
| 2/11/2021 | Sold | 10,000 | $59.44 |
| 2/22/2021 | Sold | 5,800 | $61.00 |
| 2/22/2021 | Bought | 5,800 | $62.70 |
| 2/22/2021 | Bought | 10,000 | $61.96 |
| 2/23/2021 | Bought | 8,400 | $54.90 |
| 2/23/2021 | Bought | 839 | $54.89 |
| 2/23/2021 | Bought | 50 | $54.88 |
| 2/23/2021 | Bought | 234 | $54.86 |
| 2/23/2021 | Bought | 147 | $54.85 |
| 2/23/2021 | Bought | 30 | $54.83 |
| 2/23/2021 | Bought | 200 | $54.82 |
| 2/23/2021 | Bought | 100 | $54.81 |
| 3/1/2021 | Sold | 10,000 | $55.00 |
| 3/1/2021 | Sold | 19,000 | $61.00 |
| 3/1/2021 | Sold | 1,000 | $66.35 |
| 3/1/2021 | Sold | 200 | $66.34 |
| 3/1/2021 | Sold | 9,800 | $66.30 |
| 3/1/2021 | Sold | 20,000 | $67.21 |
| 3/1/2021 | Bought | 20,000 | $66.91 |
| 3/1/2021 | Sold | 10,000 | $67.40 |
| 3/1/2021 | Bought | 10,000 | $67.20 |
| 3/1/2021 | Sold | 10,000 | $67.10 |
| 3/1/2021 | Sold | 30,000 | $67.29 |
| 3/1/2021 | Sold | 10,000 | $67.66 |
| 3/1/2021 | Bought | 10,000 | $67.46 |
| 3/1/2021 | Bought | 40,000 | $67.20 |
| 3/1/2021 | Sold | 10,000 | $68.33 |
| 3/2/2021 | Bought | 10,000 | $67.51 |
| 3/2/2021 | Bought | 10,000 | $67.62 |
| 3/2/2021 | Sold | 10,000 | $67.72 |
| 3/2/2021 | Bought | 9,905 | $67.55 |
| 3/2/2021 | Bought | 4 | $67.545 |
| 3/2/2021 | Sold | 9,909 | $67.72 |
| 3/2/2021 | Bought | 10,000 | $67.37 |
| 3/2/2021 | Sold | 10,000 | $67.47 |

| | | | |
|---|---|---|---|
| 3/2/2021 | Bought | 10,000 | $67.83 |
| 3/2/2021 | Bought | 10,000 | $67.56 |
| 3/2/2021 | Sold | 10,000 | $57.76 |
| 3/2/2021 | Sold | 10,000 | $67.99 |
| 3/2/2021 | Bought | 20,000 | $67.90 |
| 3/2/2021 | Bought | 20,000 | $67.72 |
| 3/2/2021 | Sold | 40,000 | $68.00 |
| 3/2/2021 | Sold | 350 | $68.91 |
| 3/2/2021 | Sold | 400 | $68.89 |
| 3/2/2021 | Sold | 436 | $68.88 |
| 3/2/2021 | Sold | 300 | $68.87 |
| 3/2/2021 | Sold | 1,908 | $68.86 |
| 3/2/2021 | Bought | 3,394 | $68.58 |
| 3/2/2021 | Bought | 20,000 | $68.25 |
| 3/2/2021 | Sold | 20,000 | $68.30 |
| 3/3/2021 | Bought | 10,000 | $67.50 |
| 3/3/2021 | Bought | 124 | $66.70 |
| 3/3/2021 | Bought | 17,600 | $66.80 |
| 3/3/2021 | Bought | 2,276 | $66.78 |
| 3/4/2021 | Bought | 10,000 | $61.24 |
| 3/5/2021 | Bought | 10,000 | $59.60 |
| 3/5/2021 | Sold | 10,000 | $60.50 |
| 3/5/2021 | Bought | 9,756 | $60.22 |
| 3/5/2021 | Bought | 244 | $60.18 |
| 3/5/2021 | Bought | 6,400 | $59.65 |
| 3/5/2021 | Bought | 3,600 | $59.64 |
| 3/9/2021 | Bought | 10,000 | $63.00 |
| 3/9/2021 | Sold | 10,000 | $63.09 |
| 3/9/2021 | Bought | 10,000 | $63.03 |
| 3/9/2021 | Sold | 10,000 | $63.24 |
| 3/9/2021 | Bought | 10,000 | $63.05 |
| 3/9/2021 | Sold | 887 | $63.205 |
| 3/9/2021 | Sold | 9,113 | $63.20 |
| 3/9/2021 | Bought | 7,013 | $62.94 |
| 3/9/2021 | Bought | 2,987 | $62.93 |
| 3/9/2021 | Sold | 3,500 | $63.06 |
| 3/9/2021 | Sold | 6,500 | $63.05 |
| 3/11/2021 | Sold | 66 | $70.795 |
| 3/11/2021 | Sold | 200 | $70.78 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 3/11/2021 | Sold | 278 | $70.77 |
| 3/11/2021 | Sold | 9,456 | $70.75 |
| 3/11/2021 | Sold | 10,000 | $71.00 |
| 3/11/2021 | Bought | 10,000 | $70.65 |
| 3/11/2021 | Bought | 10,000 | $70.65 |
| 3/11/2021 | Sold | 10,000 | $71.00 |
| 3/11/2021 | Sold | 250 | $71.31 |
| 3/11/2021 | Sold | 3,050 | $71.30 |
| 3/11/2021 | Sold | 6,700 | $71.29 |
| 3/11/2021 | Bought | 20,000 | $70.90 |
| 3/11/2021 | Sold | 20,000 | $71.15 |
| 3/11/2021 | Bought | 20,000 | $70.90 |
| 3/11/2021 | Sold | 20,000 | $71.00 |
| 3/11/2021 | Bought | 15,835 | $70.87 |
| 3/11/2021 | Bought | 4,161 | $70.86 |
| 3/11/2021 | Bought | 1 | $70.855 |
| 3/11/2021 | Sold | 20,000 | $71.04 |
| 3/11/2021 | Bought | 20,000 | $70.90 |
| 3/11/2021 | Sold | 20,000 | $71.10 |
| 3/11/2021 | Bought | 19,945 | $70.90 |
| 3/11/2021 | Bought | 55 | $70.88 |
| 3/11/2021 | Sold | 400 | $71.115 |
| 3/11/2021 | Sold | 19,600 | $71.10 |
| 3/11/2021 | Bought | 20,000 | $70.95 |
| 3/11/2021 | Sold | 10,000 | $71.25 |
| 3/11/2021 | Bought | 10,000 | $71.45 |
| 3/12/2021 | Bought | 10,000 | $69.59 |
| 3/12/2021 | Sold | 10,000 | $69.69 |
| 3/12/2021 | Bought | 10,000 | $69.55 |
| 3/12/2021 | Sold | 10,000 | $69.70 |
| 3/12/2021 | Sold | 10,000 | $71.59 |
| 3/12/2021 | Bought | 2,349 | $71.49 |
| 3/12/2021 | Bought | 7,000 | $71.475 |
| 3/12/2021 | Bought | 6 | $71.47 |
| 3/12/2021 | Bought | 100 | $71.46 |
| 3/12/2021 | Bought | 500 | $71.43 |
| 3/12/2021 | Bought | 20 | $71.41 |
| 3/12/2021 | Bought | 25 | $71.40 |
| 3/12/2021 | Sold | 10,000 | $71.66 |

| | | | |
|---|---|---|---|
| 3/12/2021 | Bought | 10,000 | $71.55 |
| 3/12/2021 | Sold | 20,000 | $71.70 |
| 3/12/2021 | Bought | 17,000 | $71.60 |
| 3/12/2021 | Bought | 3,000 | $71.59 |
| 3/12/2021 | Sold | 20,000 | $71.70 |
| 3/12/2021 | Bought | 20,000 | $71.60 |
| 3/12/2021 | Sold | 20,000 | $71.76 |
| 3/12/2021 | Bought | 19,500 | $71.57 |
| 3/12/2021 | Bought | 500 | $71.56 |
| 3/12/2021 | Sold | 20,000 | $71.71 |
| 3/12/2021 | Bought | 20,000 | $71.61 |
| 3/12/2021 | Sold | 200 | $71.72 |
| 3/12/2021 | Sold | 19,800 | $71.71 |
| 3/12/2021 | Bought | 20,000 | $72.15 |
| 3/15/2021 | Sold | 60,000 | $65.00 |
| 3/15/2021 | Bought | 10,000 | $68.90 |
| 3/15/2021 | Sold | 4,000 | $69.61 |
| 3/15/2021 | Sold | 6,000 | $69.60 |
| 3/15/2021 | Sold | 10,000 | $72.41 |
| 3/15/2021 | Bought | 10,000 | $72.31 |
| 3/15/2021 | Bought | 10,000 | $70.92 |
| 3/15/2021 | Bought | 10,000 | $70.59 |
| 3/16/2021 | Bought | 276 | $68.45 |
| 3/16/2021 | Sold | 276 | $68.70 |
| 3/16/2021 | Bought | 10,000 | $67.75 |
| 3/16/2021 | Sold | 10,000 | $67.80 |
| 3/17/2021 | Sold | 20,000 | $67.90 |
| 3/17/2021 | Bought | 4,000 | $67.80 |
| 3/17/2021 | Bought | 16,000 | $67.79 |
| 3/17/2021 | Bought | 41 | $67.30 |
| 3/17/2021 | Sold | 41 | $67.70 |
| 3/17/2021 | Bought | 10,000 | $67.40 |
| 3/17/2021 | Bought | 2,000 | $66.70 |
| 3/17/2021 | Bought | 8,000 | $66.69 |
| 3/17/2021 | Bought | 8,300 | $66.62 |
| 3/17/2021 | Bought | 150 | $66.61 |
| 3/17/2021 | Bought | 200 | $66.60 |
| 3/17/2021 | Bought | 300 | $66.599 |
| 3/17/2021 | Bought | 300 | $66.597 |

| | | | |
|---|---|---|---|
| 3/17/2021 | Bought | 550 | $66.57 |
| 3/17/2021 | Bought | 200 | $66.56 |
| 3/17/2021 | Sold | 3,381 | $66.95 |
| 3/17/2021 | Sold | 16,119 | $66.90 |
| 3/17/2021 | Bought | 336 | $66.70 |
| 3/17/2021 | Sold | 336 | $67.0037 |
| 3/18/2021 | Sold | 200 | $69.93 |
| 3/18/2021 | Sold | 200 | $69.92 |
| 3/18/2021 | Sold | 300 | $69.91 |
| 3/18/2021 | Sold | 300 | $69.90 |
| 3/18/2021 | Sold | 815 | $69.89 |
| 3/18/2021 | Sold | 8,185 | $69.88 |
| 3/18/2021 | Bought | 10,000 | $69.80 |
| 3/19/2021 | Sold | 10,000 | $71.28 |
| 3/22/2021 | Sold | 10,000 | $68.00 |
| 3/22/2021 | Sold | 20,000 | $71.00 |
| 3/22/2021 | Sold | 20,000 | $71.00 |
| 3/22/2021 | Sold | 10,000 | $71.00 |
| 3/22/2021 | Sold | 10,000 | $71.00 |
| 3/22/2021 | Bought | 10,000 | $70.90 |
| 3/22/2021 | Bought | 10,000 | $70.90 |
| 3/22/2021 | Bought | 10,000 | $70.62 |
| 3/22/2021 | Sold | 20,000 | $71.00 |
| 3/22/2021 | Bought | 20,000 | $70.47 |
| 3/22/2021 | Sold | 2,150 | $70.62 |
| 3/22/2021 | Sold | 17,850 | $70.60 |
| 3/22/2021 | Bought | 30,000 | $70.50 |
| 3/22/2021 | Sold | 30,000 | $70.60 |
| 3/22/2021 | Bought | 26,800 | $70.48 |
| 3/22/2021 | Bought | 3,200 | $70.47 |
| 3/22/2021 | Bought | 10,000 | $70.11 |
| 3/22/2021 | Sold | 40,000 | $70.60 |
| 3/23/2021 | Bought | 10,000 | $71.98 |
| 3/23/2021 | Sold | 14 | $72.10 |
| 3/23/2021 | Sold | 9,986 | $72.08 |
| 3/23/2021 | Bought | 10,000 | $71.78 |
| 3/23/2021 | Bought | 10,000 | $71.57 |
| 3/23/2021 | Sold | 10,000 | $71.67 |
| 3/23/2021 | Bought | 10,000 | $71.58 |

| | | | |
|---|---|---|---|
| 3/23/2021 | Sold | 10,000 | $71.68 |
| 3/23/2021 | Sold | 10,000 | $71.90 |
| 3/23/2021 | Bought | 20,000 | $71.61 |
| 3/23/2021 | Bought | 10,000 | $71.50 |
| 3/23/2021 | Bought | 10,000 | $71.31 |
| 3/23/2021 | Sold | 2 | $70.88 |
| 3/23/2021 | Bought | 20,000 | $70.77 |
| 3/23/2021 | Sold | 20,000 | $70.87 |
| 3/23/2021 | Bought | 20,000 | $70.77 |
| 3/23/2021 | Bought | 2 | $70.6399 |
| 3/23/2021 | Bought | 20,000 | $70.58 |
| 3/23/2021 | Bought | 10,000 | $70.50 |
| 3/23/2021 | Sold | 10,000 | $70.60 |
| 3/23/2021 | Bought | 10,000 | $70.50 |
| 3/23/2021 | Sold | 30,000 | $71.00 |
| 3/23/2021 | Bought | 10,000 | $69.28 |
| 3/23/2021 | Sold | 10,000 | $69.38 |
| 3/23/2021 | Bought | 10,000 | $69.28 |
| 3/23/2021 | Sold | 10,000 | $69.38 |
| 3/23/2021 | Bought | 10,000 | $69.20 |
| 3/23/2021 | Sold | 350 | $69.37 |
| 3/23/2021 | Sold | 1,950 | $69.36 |
| 3/23/2021 | Sold | 7,700 | $69.35 |
| 3/23/2021 | Bought | 2,000 | $69.25 |
| 3/23/2021 | Bought | 8,000 | $69.24 |
| 3/23/2021 | Sold | 10,000 | $69.30 |
| 3/24/2021 | Bought | 10,000 | $69.90 |
| 3/24/2021 | Sold | 10,000 | $70.05 |
| 3/24/2021 | Bought | 19,600 | $69.60 |
| 3/24/2021 | Bought | 200 | $69.59 |
| 3/24/2021 | Bought | 100 | $69.588 |
| 3/24/2021 | Bought | 100 | $69.58 |
| 3/24/2021 | Sold | 2,000 | $69.75 |
| 3/24/2021 | Bought | 30,000 | $69.65 |
| 3/24/2021 | Bought | 20,000 | $69.28 |
| 3/24/2021 | Bought | 10,000 | $67.42 |
| 3/26/2021 | Bought | 10,000 | $63.88 |
| 3/29/2021 | Bought | 10,000 | $62.15 |
| 3/29/2021 | Sold | 10,000 | $62.38 |

| | | | |
|---|---|---|---|
| 3/29/2021 | Bought | 10,000 | $62.15 |
| 3/29/2021 | Sold | 6 | $62.36 |
| 3/29/2021 | Sold | 9,994 | $62.35 |
| 3/29/2021 | Bought | 10,000 | $62.15 |
| 3/29/2021 | Sold | 10,000 | $62.25 |
| 3/29/2021 | Bought | 10,000 | $62.05 |
| 3/29/2021 | Sold | 10,000 | $62.15 |
| 3/29/2021 | Bought | 4,000 | $62.08 |
| 3/29/2021 | Bought | 16,000 | $62.07 |
| 4/5/2021 | Sold | 10,000 | $63.43 |
| 4/5/2021 | Sold | 10,000 | $63.62 |
| 4/5/2021 | Bought | 10,000 | $63.50 |
| 4/5/2021 | Bought | 10,000 | $63.48 |
| 4/5/2021 | Sold | 10,000 | $63.52 |
| 4/5/2021 | Bought | 10,000 | $63.39 |
| 4/5/2021 | Sold | 20,000 | $63.68 |
| 4/5/2021 | Sold | 10,000 | $63.81 |
| 4/5/2021 | Bought | 10,000 | $63.69 |
| 4/5/2021 | Bought | 16,310 | $63.58 |
| 4/5/2021 | Bought | 3,690 | $63.57 |
| 4/22/2021 | Sold | 20,000 | $58.44 |
| 4/22/2021 | Bought | 19,800 | $58.40 |
| 4/22/2021 | Bought | 200 | $58.399 |
| 4/22/2021 | Bought | 1 | $58.02 |
| 4/23/2021 | Sold | 120 | $58.01 |
| 4/23/2021 | Sold | 19,880 | $57.98 |
| 4/23/2021 | Bought | 16,002 | $57.94 |
| 4/23/2021 | Bought | 3,998 | $57.92 |
| 4/26/2021 | Sold | 20,000 | $57.90 |
| 4/26/2021 | Bought | 20,000 | $57.83 |
| 4/26/2021 | Sold | 20,000 | $58.70 |
| 4/26/2021 | Bought | 20,000 | $58.66 |
| 5/3/2021 | Sold | 20,000 | $57.33 |
| 5/3/2021 | Bought | 400 | $56.78 |
| 5/3/2021 | Bought | 15,007 | $56.83 |
| 5/3/2021 | Bought | 142 | $56.82 |
| 5/3/2021 | Bought | 2,500 | $56.81 |
| 5/3/2021 | Bought | 1,851 | $56.80 |
| 5/3/2021 | Bought | 100 | $56.79 |

| 5/6/2021 | Bought | 10,000 | $53.20 |
|---|---|---|---|
| 5/6/2021 | Sold | 10,000 | $53.28 |
| 5/6/2021 | Bought | 10,000 | $53.22 |
| 5/6/2021 | Sold | 10,000 | $53.28 |
| 5/6/2021 | Bought | 10,000 | $53.11 |
| 5/6/2021 | Bought | 10,000 | $52.34 |
| 5/14/2021 | Sold | 20,000 | $42.80 |
| 5/24/2021 | Sold | 20,000 | $45.59 |
| 6/1/2021 | Sold | 50,000 | $48.00 |
| 6/9/2021 | Bought | 10,000 | $55.70 |
| 6/14/2021 | Bought | 8,000 | $50.64 |
| 6/14/2021 | Bought | 2,000 | $50.63 |
| 6/21/2021 | Sold | 20,000 | $48.01 |
| 6/21/2021 | Sold | 5,000 | $48.00 |
| 6/21/2021 | Sold | 200 | $48.121 |
| 6/21/2021 | Sold | 24,800 | $48.1201 |
| 6/21/2021 | Sold | 25,000 | $48.20 |
| 6/21/2021 | Sold | 25,001 | $48.20 |