UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.  1:21-cv-05739-PAE<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ROBERT DOWNS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| MICHIEL TEN HOORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,<br><br>Defendants. | Case No.  1:21-cv-06497-PAE |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Robert Downs ("Downs"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Downs for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting the financial interest of Downs in the Related Actions;

Exhibit B:   Press release published over *Globe Newswire* on July 2, 2021, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed by Downs;

Exhibit D:   Declaration executed by Downs; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 31, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1