UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KENT J. RODRIGUEZ, Individually and on :    Civil Action No. 1:21-cv-05739-PAE
Behalf of All Others Similarly Situated,     :

          :    CLASS ACTION

         Plaintiff,     :

          :

    vs.           :

          :

DRAFTKINGS INC. f/k/a DIAMOND     :
EAGLE ACQUISITION CORP., JASON D.   :
ROBINS, JASON K. PARK, JEFF      :
SAGANSKY, and ELI BAKER,      :

          :

         Defendants.    :

          :

---------------------------------------------------------- x

---------------------------------------------------------- x

MICHAEL TEN HOORN, Individually and on :    Civil Action No. 1:21-cv-06497-PAE
Behalf of All Others Similarly Situated,     :

          :    CLASS ACTION

         Plaintiff,     :

          :

    vs.           :

          :

DRAFTKINGS INC. f/k/a DIAMOND     :
EAGLE ACQUISITION CORP., JASON D.   :
ROBINS, JASON K. PARK, JEFF      :
SAGANSKY, and ELI BAKER,      :

          :

         Defendants.    :

          :

---------------------------------------------------------- x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4838-1745-1513.v1

PLEASE TAKE NOTICE that proposed lead plaintiff, Walter Marino, will move this Court, on a date and time as may be designated by the Court, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure consolidating the above-captioned related securities class actions, appointing Mr. Marino as Lead Plaintiff, and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class.  Mr. Marino's Motion is based on the accompanying Memorandum of Law and Declaration of David A. Rosenfeld.

DATED:  August 31, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD


*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

- 1 -

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4838-1745-1513.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on August 31, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4838-1745-1513.v1

# Mailing Information for a Case 1:21-cv-05739-PAE Rodriguez v. Draftkings Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian T. Frawley**
  Frawleyb@Sullcrom.Com,brian-frawley-1057@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Timothy Jason Weinstein**
  weinsteint@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)