# EXHIBIT C

Movants' Purchases and Losses  Class Period: 12/23/2019 - 06/15/2021  DraftKings

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Walter Marino** | 11/18/2020 | 10,000 | $48.28 | $482,800.00 | 11/20/2020 | 13,000 | $48.33 | $628,290.00 | |
| | 11/18/2020 | 500 | $48.23 | $24,115.00 | 11/23/2020 | 380 | $48.15 | $18,297.00 | |
| | 11/18/2020 | 100 | $47.73 | $4,772.50 | 11/23/2020 | 121 | $48.00 | $5,808.00 | |
| | 11/20/2020 | 1,900 | $48.40 | $91,960.00 | 11/23/2020 | 33 | $48.05 | $1,585.65 | |
| | 11/20/2020 | 500 | $48.09 | $24,045.00 | 11/23/2020 | 12 | $48.05 | $576.60 | |
| | 11/20/2020 | 1,000 | $48.02 | $48,020.00 | 11/23/2020 | 1 | $48.05 | $48.05 | |
| | 11/20/2020 | 1,000 | $48.00 | $48,000.00 | 11/23/2020 | 1 | $48.03 | $48.03 | |
| | 11/20/2020 | 1,000 | $47.97 | $47,970.00 | 12/04/2020 | 13,452 | $50.15 | $674,617.80 | |
| | 11/20/2020 | 9,000 | $47.95 | $431,550.00 | 12/08/2020 | 20,000 | $50.02 | $1,000,400.00 | |
| | 11/20/2020 | 1,000 | $47.92 | $47,920.00 | 01/07/2021 | 11,400 | $49.46 | $563,844.00 | |
| | 11/20/2020 | 1,000 | $47.90 | $47,900.00 | 02/04/2021 | 10,000 | $62.08 | $620,800.00 | |
| | 12/07/2020 | 16,929 | $49.71 | $841,540.59 | 02/04/2021 | 10,000 | $62.00 | $620,000.00 | |
| | 12/07/2020 | 1,920 | $49.70 | $95,424.00 | 02/05/2021 | 10,008 | $63.91 | $639,611.28 | |
| | 12/07/2020 | 400 | $49.69 | $19,876.00 | 02/08/2021 | 3,000 | $61.52 | $184,560.00 | |
| | 12/07/2020 | 751 | $49.68 | $37,309.68 | 02/08/2021 | 2,000 | $61.50 | $123,000.00 | |
| | 01/04/2021 | 5,000 | $46.90 | $234,500.00 | 02/08/2021 | 5,000 | $62.00 | $310,000.00 | |
| | 01/04/2021 | 3,400 | $45.80 | $155,720.00 | 02/08/2021 | 10,000 | $61.80 | $618,000.00 | |
| | 01/05/2021 | 3,000 | $43.82 | $131,460.00 | 02/24/2021 | 5,000 | $60.01 | $300,050.00 | |
| | 02/04/2021 | 10,000 | $61.72 | $617,200.00 | 03/04/2021 | 15,000 | $62.14 | $932,100.00 | |
| | 02/04/2021 | 2,000 | $61.70 | $123,400.00 | 03/18/2021 | 5,650 | $71.00 | $401,150.00 | |
| | 02/04/2021 | 8,000 | $61.69 | $493,520.00 | held | 15,000 | $50.76 | $761,402.83 | |
| | 02/05/2021 | 10,008 | $63.78 | $638,310.24 | | | | | |
| | 02/08/2021 | 10,000 | $60.80 | $608,000.00 | | | | | |
| | 02/08/2021 | 10,000 | $61.70 | $617,000.00 | | | | | |
| | 02/09/2021 | 10,000 | $63.56 | $635,600.00 | | | | | |
| | 02/09/2021 | 5,000 | $63.41 | $317,050.00 | | | | | |
| | 02/24/2021 | 5,000 | $58.75 | $293,750.00 | | | | | |
| | 03/04/2021 | 650 | $60.95 | $39,617.50 | | | | | |
| | 03/04/2021 | 1,000 | $59.76 | $59,760.00 | | | | | |
| | 03/04/2021 | 1,000 | $59.79 | $59,790.00 | | | | | |
| | 03/04/2021 | 1,000 | $59.65 | $59,650.00 | | | | | |
| | 03/04/2021 | 1,901 | $59.79 | $113,660.79 | | | | | |
| | 03/04/2021 | 99 | $59.78 | $5,918.22 | | | | | |
| | 03/23/2021 | 10,000 | $71.50 | $715,000.00 | | | | | |
| | 03/23/2021 | 5,000 | $71.44 | $357,200.00 | | | | | |
| | | **149,058** | | **$8,569,309.52** | | **149,058** | | **$8,404,189.24** | **($165,120.28)** |
| **Walter Marino (C55 06/18/21)** | 06/10/2021 | 1,200 | $1.09 | $130,800.00 | 6/18/2021[A] | 1,800 | $0.00 | | |
| | 06/10/2021 | 200 | $0.75 | $15,000.00 | | | | | |
| | 06/10/2021 | 200 | $0.73 | $14,600.00 | | | | | |
| | 06/11/2021 | 200 | $0.77 | $15,400.00 | | | | | |
| | | **1,800** | | **$175,800.00** | | **1,800** | | **$0.00** | **($175,800.00)** |
| **Walter Marino (C90 03/26/21)** | 02/05/2021 | 881 | $1.15 | $101,315.00 | 3/26/2021[A] | 1,183 | $0.00 | | |
| | 02/25/2021 | 2 | $0.27 | $54.00 | | | | | |
| | 02/25/2021 | 300 | $0.29 | $8,700.00 | | | | | |

| | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | **1,183** | | **$110,069.00** | | **1,183** | | **$0.00** | **($110,069.00)** |
| **Walter Marino (C65 06/18/21)** | 06/08/2021 | 1,464 | $0.17 | $24,888.00 | 6/18/2021[A] | 1,764 | $0.00 | | |
| | 06/10/2021 | 300 | $0.06 | $1,800.00 | | | | | |
| | | **1,764** | | **$26,688.00** | | **1,764** | | **$0.00** | **($26,688.00)** |
| **Walter Marino (C51 06/04/21)** | 05/25/2021 | 979 | $0.60 | $58,740.00 | 05/26/2021 | 500 | $0.90 | $45,000.00 | |
| | 05/25/2021 | 21 | $0.59 | $1,239.00 | 05/27/2021 | 500 | $0.90 | $45,000.00 | |
| | | **1,000** | | **$59,979.00** | | **1,000** | | **$90,000.00** | **$30,021.00** |
| **Walter Marino (C72 03/12/21)** | 03/04/2021 | 1,000 | $0.43 | $43,000.00 | 03/10/2021 | 1,300 | $0.70 | $91,000.00 | |
| | 03/04/2021 | 100 | $0.39 | $3,900.00 | | | | | |
| | 03/04/2021 | 200 | $0.37 | $7,400.00 | | | | | |
| | | **1,300** | | **$54,300.00** | | **1,300** | | **$91,000.00** | **$36,700.00** |
| **Walter Marino (C60 02/05/21)** | 01/04/2021 | 300 | $0.60 | $18,000.00 | 01/13/2021 | 300 | $2.15 | $64,500.00 | |
| | | **300** | | **$18,000.00** | | **300** | | **$64,500.00** | **$46,500.00** |
| **Walter Marino (C53.5 06/11/21)** | 05/28/2021 | 1,000 | $0.78 | $78,000.00 | 06/08/2021 | 1,000 | $2.25 | $225,000.00 | |
| | | **1,000** | | **$78,000.00** | | **1,000** | | **$225,000.00** | **$147,000.00** |
| **Movants' Total** | | **157,405** | | **$9,092,145.52** | | **157,405** | | **$8,874,689.24** | **($217,456.28)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $50.76 as of August 30, 2021 for common stock.

Prices listed are rounded to two decimal places.

[A]Expired