# EXHIBIT D

# DECLARATION OF WALTER MARINO

I, Walter Marino, submit this declaration in support of my lead plaintiff motion. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I live in Mount Lauren, New Jersey, and I am the owner and fund manager of Capital Partners Funds, LLC, a real estate private equity firm that acquires, finances, develops, and manages properties. Before launching the Capital Partners Funds, I was the Chief Executive Officer of 1217 Realty Group, LLC, a real estate investment and development company. I also co-founded and served as the Chief Operating Officer of Philadelphia Sightseeing Tours & Transportation. I have a Bachelor of Arts degree in Business Administration from Temple University. I have approximately 15 years of investing experience – including real estate and stock investing – and I am familiar with selecting and overseeing lawyers.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.      I have substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of DraftKings Inc. shareholders.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a

representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th ___ day of August, 2021, at Mount Laurel, New Jersey.

DocuSigned by:

EAA9A631383145A...

WALTER MARINO

4822-2604-4664.v1