UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENT J. RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,

                            Plaintiff,

      -v-

DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, and ELI BAKER,

                            Defendants.

21 Civ. 5739 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received several motions for appointment of lead plaintiff(s) and counsel in this case. *See* Dkts. 9, 12, 15, 17, 18, and 24. Responses to these motions are due on September 15, 2021. The Court does not invite replies.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: September 1, 2021
        New York, New York