UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT J. RODRIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGASKY, and ELI BAKER,<br><br>Defendants. | Case No. 1:21-cv-005739-PAE<br><br>CLASS ACTION |
| MICHIEL TEN HOORN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., JASON D. ROBINS, JASON K. PARK, JEFF SAGASKY, and ELI BAKER,<br><br>Defendants. | Case No. 1:21-cv-06497-PAE |

**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF
TIM KAINTZ'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS
MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND IN
OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**

I, Constantine P. Economides, hereby declare as follows:

1.     I am Counsel at Roche Freedman LLP, counsel on behalf of movant Tim Kaintz

("Mr. Kaintz"), and have personal knowledge of the facts set forth herein.

2.     I make this declaration in support of Mr. Kaintz's memorandum of law in further

support of his motion for consolidation of related actions, appointment as lead plaintiff, approval

of selection of counsel, and in opposition to competing lead plaintiff motions.

3.     Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:     "Reply Memorandum of Points and Authorities in Further Support of Motion of the Tech Trader Fund LP and Steven Doherty for Consolidation, Appointment as Lead Plaintiff, and Approval Of Counsel," filed by Pomerantz LLP in *Doherty v. Pivotal Software, Inc.*, No. 19-cv-03589 (CRB) (N.D. Cal. Sept. 10, 2019);

Exhibit B:     "Memorandum of Law in Further Support of the Motion by Ali Alavi for Appointment as Lead Plaintiff, Approval of Counsel, and In Opposition to the Competing Lead Plaintiff Motion," filed by Pomerantz Grossman Hufford Dahlstrom & Gross LLP in *Shaffer v. Digital Generation, Inc.*, No. 13-cv-01684 (DCG) (N.D. Tex. July 22, 2013);

Exhibit C:     "Memorandum of Points and Authorities of CLAL Finance Batucha Investment Management, Ltd. and Direct Investment House (Providence Funds) Ltd. in Reply to Competing Motions for Appointment of Lead Plaintiff and Approval of Lead Counsel," filed by Pomerantz Haudek Block Grossman & Gross, LLP in *In re Verifone Holdings, Inc. Securities Litigation*, No. 07-cv-06140 (MHP) (N.D. Cal. Feb. 25, 2008); and

Exhibit D:     "The Molycorp Shareholder Group's Reply Memorandum in Further Support of Its Motion for Appointment as Lead Plaintiff," filed by Robbins Geller Rudman & Dowd LLP in *Albano v. Molycorp, Inc.*, No. 12-cv-00292 (RM)(KMT) (D. Col. May 8, 2012).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2021, at Miami, Florida.

                                        */s/ Constantine P. Economides*
                                        Constantine P. Economides

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 15, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

_/s/ Constantine P. Economides_
Constantine P. Economides