

September 17, 2021

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Court, Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Rodriguez v. DraftKings*, No. 21-cv-005739-PAE

Dear Judge Engelmayer:

On behalf of movant, Tim Kaintz, we write to request leave to file the attached reply brief in response to arguments raised by competing movants Robert Downs (ECF No. 32) and Walter Marino (ECF No. 33).

In sum, those movants argue Mr. Kaintz is not adequate because his certification contains some inaccuracies. But this is an unfair characterization and not legally supported.

Mr. Kaintz traded nearly $200 million in DraftKings securities over eight months. His trades involved over 600 common stock transactions and 50 options transactions. Knowing this information was extensive, Mr. Kaintz hired an expert accountant to prepare a detailed loss chart filed with the lead plaintiff motion. That loss chart is accurate. Nonetheless, a clerical error was made when transcribing those trades onto Mr. Kaintz's certification. While Mr. Kaintz reviewed the certification, he missed these errors due to the volume of transactions involved. After being alerted to the error, he filed a corrected certification.

Courts around the country have found clerical errors like these do not render movants inadequate, and the cases cited by Downs and Marino are distinguishable. To more fully explain these issues, and to demonstrate that the loss chart is accurate, we respectfully request the Court permit the filing of the attached reply and declaration from Mr. Kaintz's accountant and issue any further relief the Court deems proper.

      Respectfully submitted,

      */s/ Constantine P. Economides*
      Constantine P. Economides

cc:    All counsel of record (by ECF)