# Robbins Geller Rudman & Dowd LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

Alan I. Ellman
aellman@rgrdlaw.com

December 3, 2021

VIA ECF

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

Re:   *Rodriguez v. DraftKings Inc. et al.*, Case No. 1:21-cv-05739-(PAE)
      *Hoorn v. DraftKings Inc. et al.*, Case No. 1:21-cv-06497-(PAE)

Dear Judge Engelmayer:

We write on behalf of Lead Plaintiff Walter Marino to request that the Court amend the caption of this action to: *In re DraftKings Inc. Securities Litigation.*

By way of background, two putative class actions were filed in this Court in July 2021. The *Rodriguez* action was filed on July 2, 2021 and the *Hoorn* action was filed on July 30, 2021. On November 12, 2021, the Court appointed Mr. Marino as lead plaintiff, approved his selection of Robbins Geller Rudman & Dowd LLP as lead counsel, and consolidated the *Rodriguez* action and the *Hoorn* action. ECF No. 45. In order to avoid any confusion, we respectfully request that the Court amend the caption of this action to: *In re DraftKings Inc. Securities Litigation.*

We have conferred with counsel for defendants about this matter, and they have no objection to the requested relief. We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Alan I. Ellman

Alan I. Ellman

cc: All Counsel of Record (via ECF)

Granted. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
12/3/2021