# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

July 18, 2022

<u>Via ECF</u>

The Honorable Paul A. Engelmayer,
   United States District Judge,
      United States District Court, Southern District of New York,
         Thurgood Marshall United States Courthouse, 40 Foley Square,
            New York, New York 10007.

           Re:    <u>*In re DraftKings Inc. Securities Litigation*, No. 21-cv-05379</u>

Dear Judge Engelmayer:

        On behalf of Defendants, and pursuant to Rule 3(J) of Your Honor's Individual Rules and Practices in Civil Cases, I respectfully write to alert the Court that Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 64) in the above-captioned action has been fully briefed for more than 60 days.

                                                  Respectfully submitted,

                                                  Brian T. Frawley

cc:    Counsel of record (via ECF)