**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE DRAFTKINGS INC. SECURITIES
LITIGATION

This Document Relates to All Actions

                                                                          21 **CIVIL** 5739 (PAE)

                                                                          **JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 10, 2023, defendants' motion to dismiss is granted, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the PSLRA. The dismissal is with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          January 10, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                     **Clerk of Court**
**BY:**
                                                    _K. Mango_____
                                                      **Deputy Clerk**